US DISTRICT COURT INDEX SHEET










```
GEP     06/10/2004
3:04-CR-1610 USA V. PALUMBO
*1*
*CRINDI.*
```

SECRET
Unsealed 4/15/04

04 JUN 10 PM 3:08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2004 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. **04 CR 1610 W** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 371 - Conspiracy to Unlawfully Distribute Human Growth Hormone And Traffic in Counterfeit Goods |
| DAVID PALUMBO, | |
| Defendant. | |

The grand jury charges:

### INTRODUCTORY ALLEGATIONS

1.  At all times relevant herein, Serostim was a prescription drug containing the active ingredient "somatropin", a form of human growth hormone. Serostim was approved by the FDA for use in the United States to treat AIDS wasting.

2.  At all times relevant herein, Serostim was manufactured by the drug company Serono, which has registered the trademarks "Serono" and "Serostim" with the U.S. Office of Patents and Trademarks.

3.  At all times relevant herein, defendant DAVID PALUMBO was a competitive bodybuilder living in Seaford, New York. Defendant DAVID PALUMBO is the editor of the bodybuilding magazine "Rx Muscle".

MKP:nlv:San Diego
6/10/04

## Count 1

Beginning on a date unknown to the grand jury but at least as early as 2001 and continuing up to a date unknown but at least until October 2002, within the Southern District of California and elsewhere, defendant DAVID PALUMBO did knowingly combine, conspire and agree together with Bill Edmund Young, charged elsewhere, and others known and unknown to the grand jury to:

   a. knowingly distribute or possess with intent to distribute, human growth hormone for any use in humans other than the treatment of disease or other recognized medical condition, where such use has been authorized by the Food and Drug Administration and pursuant to the order of a physician, in violation of Title 21, United States Code, Section 333(e)(4);

   b. intentionally traffic or attempt to traffic in goods and knowingly use a counterfeit mark on or in connection with such goods, in violation of Title 18, United States Code, Section 2320;

### METHOD AND MEANS

As a method and means of the conspiracy, defendant DAVID PALUMBO obtained counterfeit Serostim from Bill Edmund Young and others, which he would sell to bodybuilders who did not possess a lawful prescription.

As a further method and means of the conspiracy, defendant DAVID PALUMBO would send payment in cash by means of commercial interstate carriers such as Federal Express, often contained within the pages of a copy of a bodybuilding magazine he edited.

//

1   As a further method and means of the conspiracy, defendant DAVID
2   PALUMBO would falsely represent that the Serostim was the genuine
3   article manufactured by Serono.

## OVERT ACTS

The following overt acts, among others, were committed within the Southern District of California and elsewhere, in order to further the objects of the conspiracy:

1. On or about July 1, 2002, an individual in San Diego, California, using the false name "Brian Costa" sent a sample of counterfeit Serostim to defendant Palumbo in Seaford, New York.

2. On or about July 1, 2002, in Seaford, New York, defendant Palumbo sent payment for the counterfeit Serostim to Bill Young, charged elsewhere, in San Diego, addressed to "Devlin Schmutz".

3. On or about July 10, 2002, an individual in San Diego, California, using the false name "Brian Costa" sent 100 boxes of counterfeit Serostim to defendant Palumbo in Seaford, New York

4. On July 11, 2002, in Seaford, New York, defendant Palumbo called United Parcel service, trying to track the package.

5. On or about July 12, 2002, an individual in San Diego, using the false name of "Brian Karen", shipped 50 boxes of counterfeit Serostim to defendant Palumbo in Seaford, New York.

6. On or about July 13, 2002, in Seaford, New York, defendant Palumbo telephoned his source in San Diego, California and confirmed that he had received the counterfeit Serostim.

3

7. On or about July 15, 2002, an individual in San Diego, California, using the false name of "Brian Karen" shipped 50 boxes of counterfeit Serostim to defendant Palumbo in Seaford, New York.

8. On or about August 19, 2002, in Seaford, New York, defendant Palumbo shipped counterfeit Serostim to an individual in Denver, Colorado.

9. Between on or about June 15, 2002 and on or about September 11, 2002, in Seaford, New York, defendant Palumbo shipped counterfeit Serostim to an individual in Washington state.

10. On or about September 5, 2002, defendant Palumbo shipped counterfeit Serostim to an individual in Rhode Island.

All in violation of Title 18, United States Code, Section 371.

DATED: June 10, 2004.

A TRUE BILL:

_____
Foreperson

CAROL C. LAM
United States Attorney

By: _____
MELANIE K. PIERSON
Assistant U.S. Attorney

4