USDC SCAN INDEX SHEET

















AXR    9/12/05    16:00
3:04-CR-01610    USA V. PALUMBO
*33*
*CRMDFT.*

ORIGINAL

| | |
|---|---|
| 1  FRANK J. RAGEN Calif. Bar No. 054378<br>   105 West "F" Street, Suite 215<br>2  San Diego, California 92101<br>   Telephone No. (619) 231-4330<br>3  Facsimile No. (619) 239-0056 |  |

4 **RICHARD COLLINS**
   COLLINS, MCDONALD, & GANN
5  One Old Country Road, Suite 250
   Carle Place, NY 11514
6

7  Attorneys for Defendant
   **DAVID PALUMBO**
8

9
                   UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11                       (Hon. Thomas J. Whelan)

12 | UNITED STATES OF AMERICA, ) | CASE NO. 04CR1610 - W
13 |         Plaintiff,         ) | UNOPPOSED MOTION TO ALLOW
                                   TRAVEL DURING SUPERVISED
14 | vs.                        ) | RELEASE/PROBATION
15 | DAVID PALUMBO,             )
16 |         Defendant.         )
17 |_____)

18  **TO:  CAROL C. LAM, UNITED STATES ATTORNEY, AND
         MELANIE K. PIERSON, ASSISTANT UNITED STATES ATTORNEY:**
19
    PLEASE TAKE NOTICE that DAVID PALUMBO by and through his counsel Frank
20
J. Ragen and Richard D. Collins of Collins, McDonald & Gann, P.C., requests this Court
21
allow DAVID PALUMBO to travel during the term of his supervised release/probation.
22
    In summary, Mr. PALUMBO needs to travel in conjunction with his work as an
23
internationally known bodybuilder. The supervised release/probation officer needs the Court
24
to authorize the travel since it is out of state.
25
    Frank Ragen has spoken to Assistant United States Attorney Melanie Pierson who has
26
no opposition to this Court entering the proposed order.
27



The facts are set forth in the attached Declaration of Counsel.

Respectfully submitted,

Dated: 9/8/05

_____
FRANK J. RAGEN
Attorney for Defendant
DAVID PALUMBO

Dated: 9/8/05

_____
RICHARD COLLINS
Attorney for Defendant
DAVID PALUMBO