| | |
|---|---|
| 1 | **FRANK J. RAGEN Calif. Bar No. 054378** |
| | 105 West "F" Street, Suite 215 |
| 2 | San Diego, California 92101 |
| | Telephone No. (619) 231-4330 |
| 3 | Facsimile No. (619) 239-0056 |
| | Email: fjragen@aol.com |
| 4 | |
| | Attorneys for Defendant |
| 5 | **DAVID PALUMBO** |

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Thomas J. Whelan)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 04CR1610-W |
| Plaintiff, | ) | |
| | ) | **NOTICE OF MOTION AND MOTION** |
| vs. | ) | **TO TERMINATE SUPERVISED** |
| | ) | **RELEASE** |
| DAVID PALUMBO, | ) | |
| Defendant. | ) | Date: March 26, 2007 |
| | ) | Time: 10:00 a.m. |

TO: CAROL C. LAM, UNITED STATES ATTORNEY AND
MELANIE K. PIERSON, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on the above date and time DAVID PALUMBO, by and through his counsel, Frank J. Ragen, will move this Court for Early Termination of his Supervised Release status. This Motion is based on the instant Motion, the files and records in this case and the attached Declaration of Frank J. Ragen.

Respectfully Submitted,

Dated: March 5, 2007

    s/Frank J. Ragen
FRANK J. RAGEN
Attorney for Defendant
Email: fjragen@aol.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID PALUMBO,<br><br>　　　　Defendant. | CASE NO. 04CR1610-W<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served the Notice of Motion and Motion to Terminate Supervised Release to the following ECF participants on this case:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Lalanya Ham
　　　　　　　　　　　　　　　　　　　　　　　　LALANYA HAM