**FRANK J. RAGEN, Calif. Bar No. 054378**
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Facsimile No. (619) 239-0056
Email: fjragen@aol.com

Attorney for Defendant
**DAVID PAULMBO**

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DAVID PALUMBO, Defendant. | CASE NO. 04CR1610 - W **DECLARATION OF FRANK J. RAGEN IN SUPPORT OF MOTION TO TERMINATE SUPERVISED RELEASE** |

I, FRANK J. RAGEN, hereby declare as follows:

(1)     I am the Attorney for DAVID PALUMBO;

(2)     I am advised Mr. PALUMBO has complied with all the terms of his supervised release and has been cooperative throughout the terms of his supervised release;

(3)     He has successfully completed eighteen (18) months of supervised release. The supervision term was three (3) years in length and has only approximately eighteen (18) months remaining;

(4)     Mr. PALUMBO has been offered and has accepted the prestigious position of Editor and Chief of Muscular Development Magazine Online. This presents a fantastic career opportunity for Mr. PALUMBO. As a part of his responsibilities in this new position he will be required to attend body building contests throughout the Country and report on these events for Muscular Development Magazine Website;

(5)     In addition to his duties with Muscular Development Magazine Online, Mr. PALUMBO is also regularly employed to make domestic as well as international guest posing appearances. His personal training services are also requested in regularly scheduled intervals by international clients. Mr. PALUMBO specifically has clients located in Mexico who pay for his personal training services every six (6) to eight (8) weeks.

His employment as Editor and Chief will be greatly restricted because other Nations to which he would travel greatly restrict the entry of people on supervised release. I am advised countries such as Mexico require prior notification and advance approval from the American Embassy which is a time consuming administrative process that is impossible to comply with given the customary short notice provided by many of Mr. PALUMBO'S clients.

It is respectfully requested the Court terminate Mr. PAULMBO'S supervised release early.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. Executed in San Diego, California.

Dated: March 5, 2007

s/Frank J. Ragen
FRANK J. RAGEN
Declarant
Email: fjragen@aol.com